UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AGI HOUSE, LLC, | Case No. 3:25-cv-05773-WHO |
| Plaintiff, | |
| vs. | **ORDER** |
| JEREMY NIXON, | |
| Defendant. | |

Before the Court is Plaintiff's Unopposed Motion to Continue and Reset November 19 Case Management Conference and Motion Hearing. After considering the motion, the Court is of the opinion that the motion should be **GRANTED.**

**IT IS HEREBY ORDERED THAT** the initial case management conference and motion hearing currently set for November 19, 2025 is **CONTINUED and RESET** to December 17, 2025 at 2:00 pm Pacific Time over Zoom webinar.

IT IS SO ORDERED.

Dated: November 7, 2025

_____
THE HONORABLE WILLIAM H. ORRICK
SENIOR UNITED STATES DISTRICT JUDGE