# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** December 17, 2025 | **Time:** 13 minutes 2:00 p.m. to 2:13 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 25-cv-05773-WHO | **Case Name:** AGI House, LLC v. Nixon | |

**Attorneys for Plaintiff:** Kate Winstanley McKnight, Melanie Van, and Travis Wimberly
**Attorney for Defendant:** Michael Burshteyn

**Deputy Clerk:** Jean Davis                **Court Reporter:** James Pence-Aviles

## PROCEEDINGS and MINUTE ORDER

Hearing on Motion to Dismiss conducted via videoconference. Court announces tentative that defendant's motion to dismiss the First Amended Complaint (Dkt. No. 31) will be denied except to allow plaintiff to amend to state its registration of the trademark with the California Secretary of State. All of the causes of action are plausibly alleged. Defendant's arguments are better suited for a motion for summary judgment after discovery, if facts regarding who the senior user and owner of the mark are not in dispute. The motion to strike will also be denied: it is premature at best. Counsel for defendant heard. IT IS ORDERED that the motion to dismiss and motion to strike are DENIED. Plaintiff is granted leave to amend to state its registration of the trademark with the California Secretary of State, which it should do within the next week. No further written order will be forthcoming.

Case Management Conference conducted. The Court discusses the expense of litigation and directs the parties to mediate the case by April 1, 2026. The Court recommends use of a mediator selected by the ADR Unit and will make that referral.

REFERRALS:

[ X ]  Case referred to ADR Unit for mediation to be completed by April 1, 2026

**Further Case Management Conference set for June 16, 2026 at 2:00 p.m.** Joint case management statement due June 9, 2026.

**PRETRIAL SCHEDULE:**

**Fact discovery cutoff:**          **October 1, 2026**
**Expert disclosure:**              **October 1, 2026**
**Expert rebuttal:**                **October 29, 2026**

| | |
|---|---|
| **Expert discovery cutoff:** | **November 16, 2026** |
| **Dispositive Motions heard by:** | **November 18, 2026** |
| **Pretrial Conference:** | **January 25, 2027 at 2:00 p.m.** |
| **Trial:** | **February 16, 2027 at 8:30 a.m. by Jury** |