UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEREMY NIXON,

   Plaintiff,

  v.

ROCKY YU, et al.,

   Defendants.

Case No.  25-cv-10734-CRB

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Re: Dkt. Nos. 25-cv-05773-WHO

  Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable William H. Orrick for consideration of whether the case is related to 25-cv-05773-WHO.  If the case is related, the parties are instructed to file for consolidation in the earlier filed case.

  **IT IS SO ORDERED.**

Dated: March 12, 2026

_____

CHARLES R. BREYER
United States District Judge