Travis R. Wimberly (*Pro Hac Vice*)
twimberly@pirkeybarber.com
Kate W. McKnight (Bar No. 264197)
kmcknight@pirkeybarber.com
**PIRKEY BARBER PLLC**
1801 East 6th Street, Suite 300
Austin, TX 78702
Telephone: 512.322.5200

Colby B. Springer (Bar No. 214868)
cspringer@polsinelli.com
**POLSINELLI LLP**
Three Embarcadero Center, Suite 2400
San Francisco, CA 94111
Telephone: 415.248.2100

Melenie Van (Bar No. 335203)
mvan@polsinelli.com
**POLSINELLI LLP**
2049 Century Park East, Suite 2900
Los Angeles, CA  90067
Telephone: 310.556.1801

*Attorneys for Plaintiff*
*AGI House, LLC*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AGI HOUSE, LLC,<br><br>       Plaintiff,<br><br>vs.<br><br>JEREMY NIXON,<br><br>       Defendant. | Case No. 3:25-cv-05773-WHO<br><br>**NOTICE OF NON-OPPOSITION TO DEFENDANT'S MOTION TO CONSOLIDATE ACTIONS (ECF NO. 55)** |

Plaintiff AGI House, LLC files this notice to inform the Court that it does not oppose the relief request in Defendant Jeremy Nixon's pending motion (ECF No. 55) to consolidate this action with Civil Action No. 3:25-cv-10734-WHO (the "Second Civil Action"; formerly numbered 3:25-cv-10734-CRB).  This action was pending more than five months before the Second Civil Action involving substantially similar parties and issues. Plaintiff's non-opposition is limited to the requested consolidation and is not consent or agreement as to Defendant's (1) unnecessary substantive argument in the motion, or (2) purported factual statements in the motion. Plaintiff reserves all rights with respect to the improperly filed Second Civil Action.

Respectfully submitted,

AGI HOUSE, LLC

DATED: March 18, 2026        By:  */s/ Travis R. Wimberly*
Travis R. Wimberly
Kate W. McKnight
**PIRKEY BARBER PLLC**
1801 East 6th Street, Suite 300
Austin, TX 78702

Colby B. Springer
**POLSINELLI LLP**
Three Embarcadero Center, Suite 2400
San Francisco, CA 94111

Melenie Van
**POLSINELLI LLP**
2049 Century Park East, Suite 2900
Los Angeles, CA  90067

*Attorneys for AGI House, LLC*

NOTICE OF NON-OPPOSITION TO MOTION TO CONSOLIDATE