**GREENBERG TRAURIG, LLP**
Michael Burshteyn (SBN 295320)
Marcelo Barros (SBN 339069)
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415.655.1300
michael.burshteyn@gtlaw.com
marcelo.barros@gtlaw.com

Jennifer Bartlett (*Admitted pro hac vice*)
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Telephone: 214.665.3600
jennifer.bartlett@gtlaw.com

*Attorneys for Defendant*
JEREMY NIXON

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| AGI HOUSE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JEREMY NIXON, <br><br> Defendant. | CASE NO.  3:25-cv-05773-WHO <br><br> **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO CONSOLIDATE ACTIONS** |

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO CONSOLIDATE ACTIONS

The Court has considered the Motion to Consolidate Actions filed by Jeremy Nixon in reference to the above-captioned action. Good cause appearing therefore, the Court GRANTS the Motion to Consolidate Actions and HEREBY ORDERS that:

1.     The Clerk of Court shall consolidate entirely *AGI House, LLC v. Jeremy Nixon*, Case No. 3:25-cv-05773-WHO, with *Jeremy Nixon v. Rocky Yu and AGI House, LLC*, Case No. 3:25-cv-10734-CRB.

2.     All future documents in these cases shall be filed in Case No. 3:25-cv-05773-WHO. The Clerk of Court is directed to file a copy of this order in both Case No. 3:25-cv-10734-CRB and Case No. 3:25-cv-05773-WHO.

3.     The Clerk of Court shall administratively close Case No. 3:25-cv-10734-CRB.

**IT IS SO ORDERED.**



DATED: April 3, 2026 _____

THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

[~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION TO CONSOLIDATE ACTIONS
ACTIVE 721132477v2