UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

AGI HOUSE, LLC,

        Plaintiff,

vs.

JEREMY NIXON,

        Defendant.

Case No. 3:25-cv-05773-WHO (consolidated)

**[PROPOSED] ORDER GRANTING AGI HOUSE, LLC'S AND ROCKY YU'S MOTION TO DISMISS NIXON'S SEVENTH AND TWELFTH CAUSES OF ACTION FOR FAILURE TO STATE A CLAIM**

Date: June 3, 2026
Time: 2:00PM
Judge: Hon. William H. Orrick
Courtroom: via Zoom webinar

JEREMY NIXON,

        Plaintiff,

vs.

AGI HOUSE, LLC and ROCKY YU,

        Defendants.

The Court has considered AGI House, LLC's and Rocky Yu's Motion to Dismiss Nixon's Seventh and Twelfth Causes of Action for Failure to State a Claim. Having reviewed the briefing and relevant authorities, the Court finds that the motion should be granted.

Under Rule 12(b)(6), dismissal for failure to state a claim is proper where a plaintiff has failed to allege "sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007)). While the Court must accept the allegations as true, it is not required to accept allegations that are merely conclusory, unwarranted deductions of fact, or unreasonable inferences. *Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998 (9th Cir. 2010).

The Court finds that Nixon has failed to sufficiently state a claim for infringement under California Business and Professions Code Section 14245. The Court also finds that Nixon has failed to state a claim for intentional interference with prospective economic relations under California law.

Thus, AGI House, LLC's and Rocky Yu's Motion to Dismiss Nixon's Seventh and Twelfth Causes of Action for Failure to State a Claim is **GRANTED**.

Nixon's claims for service mark and trademark infringement under California Business and Professions Code Section 14245 and for intentional interference with prospective economic relations are **DISMISSED** without leave to amend.

**IT IS SO ORDERED.**

Dated: _____        _____

THE HONORABLE WILLIAM H. ORRICK

[PROPOSED] ORDER ON MOTION TO DISMISS SEVENTH AND TWELFTH CLAUSES