**GREENBERG TRAURIG, LLP**
Michael Burshteyn (SBN 295320)
Marcelo Barros (SBN 339069)
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415.655.1300
Michael.Burshteyn@gtlaw.com
Marcelo.Barros@gtlaw.com

Jennifer Bartlett (*admitted pro hac vice*)
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Telephone: 214.665.3600
Jennifer.Bartlett@gtlaw.com

*Attorneys for Defendant/ Counter-Plaintiff
Jeremy Nixon*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| AGI HOUSE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JEREMY NIXON,<br><br>    Defendant.<br><br>――――――――――<br><br>JEREMY NIXON,<br><br>    Plaintiff,<br><br>v.<br><br>AGI HOUSE, LLC and ROCKY YU,<br><br>    Defendants. | CASE NO.  3:25-cv-05773-WHO<br>(Consolidated with No. 3:25-cv-10734)<br><br>**JEREMY NIXON'S NOTICE OF INTENT TO AMEND COMPLAINT AGAINST ROCKY YU AND AGI HOUSE, LLC PURSUANT TO FED. R. CIV. P. 15(a)(1)(B)**<br><br>Honorable William H. Orrick<br><br>Complaint Filed (Action I): July 10, 2025<br>Complaint Filed (Action II): December 17, 2025 |

Defendant/Counter-Plaintiff JEREMY NIXON lodges this notice of intent to amend his complaint pursuant to Fed. R. Civ. P. 15. On April 24, 2026, Counter-Defendants AGI House, LLC and Rocky Yu filed a Motion to Dismiss (Dkt. 58) the Seventh and Twelfth Causes of Action of Plaintiff Jeremy Nixon's Complaint against Rocky Yu and AGI House, LLC, originally filed in Case No. 3:25-cv-10734-CRB and consolidated with this action by the Court's April 3, 2026 Order (Dkt. 57).

Mr. Nixon hereby gives notice that he will amend his Complaint as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), which permits a party to amend a pleading once as a matter of course "21 days after service of a motion under Rule 12(b), (e), or (f)[.]" Fed. R. Civ. P. 15 (a)(1)(B). Counter-Defendants' Motion to Dismiss was filed and served via the Court's ECF system on April 24, 2026. Mr. Nixon's deadline to amend as a matter of course is therefore May 15, 2026 (21 days from the service of the Motion to Dismiss). Mr. Nixon will file his First Amended Complaint on or before May 15, 2026, in accordance with Rule 15(a)(1)(B).

DATED: May 8, 2026                                      **GREENBERG TRAURIG, LLP**

By: */s/ Marcelo Barros*
Michael Burshteyn (SBN 295320)
Marcelo Barros (SBN 339069)
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415.655.1300
michael.burshteyn@gtlaw.com
marcelo.barros@gtlaw.com

Jennifer Bartlett (*admitted pro hac vice*)
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Telephone: 214.665.3600
jennifer.bartlett@gtlaw.com

*Attorneys for Defendant/Counter-Plaintiff*
JEREMY NIXON

ACTIVE 723839128v1